**Opinion issued February 21, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-19-00075-CV

_____

## IN RE RAMESH KAPUR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Ramesh Kapur, has filed a petition for a writ of mandamus seeking to "compel the trial court to withdraw its [o]rder for [s]anctions."[1]  Relator has filed a notice for non-suit without prejudice, which we construe as a motion to dismiss his petition.

---

[1]  The underlying case is *Bluetex Management Solutions, LLC v. Ameena Whitfield, All Other Occupants*, No. 1121865, in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable William D. McLeod presiding.

Accordingly, we grant relator's motion and dismiss the petition without prejudice to refiling same and vacate our order issued on January 31, 2019.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.